# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 10-700-1 |
| KEVIN WHITE : | |

## ORDER

AND NOW, this 31st day of October, 2013, on consideration of the unopposed Motion of the government for dismissal of Count One of the Indictment, the Court finds the ends of justice are served by granting the motion.

It is accordingly hereby

ORDERED

that Count One of the Indictment in this matter is dismissed.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES II
*Judge, United States District Court*